UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
DAVID CARTER SR.,

Petitioner,

-against-

DANIEL F. MARTUSCELLO, III,
COMMISSIONER - N.Y.S.D.O.C.C.S.,

Respondent.
---------------------------------------------------------x

**TRANSFER ORDER**
26-CV-01737 (LDH)

LaSHANN DeARCY HALL, United States District Judge:

On March 24, 2026, *pro se* Petitioner David Carter, who is currently incarcerated at the Five Points Correctional Facility, filed this *pro se* petition under 28 U.S.C. § 2254, along with a request to proceed *in forma pauperis* ("IFP"). Petitioner was convicted after a jury trial in the Supreme Court, New York County, of robbery in the first degree, criminal possession of a weapon in the third degree, and grand larceny in the fourth degree, and was sentenced as a second violent felony offender to an aggregate term of 12 years. (ECF No. 1 at 1); *see also People v. Carter*, 157 N.Y.S.3d 381, 382 (N.Y. App. Div. 1st Dept. 2022). By Order dated September 5, 2023, Judge Edgardo Ramos, United States District Judge for the Southern District of New York, adopted Magistrate Judge Sarah Netburn's report and recommendation ("R&R") denying Petitioner's writ of habeas corpus challenging this conviction. *See Carter v. Annucci*, No. 22-CV-9019 (ER), 2023 WL 5723078, at *1 (S.D.N.Y. Sept. 5, 2023).

Title 28 of the United States Code, Section 2241(d) provides: "Where an application for a writ of habeas corpus is made by a person in custody under the judgment and sentence of a State court of a State which contains two or more Federal judicial districts, the application may be filed in the district court for the district wherein such person is in custody or in the district court for the

district within which the State court was held which convicted and sentenced him." 28 U.S.C. § 2241(d). Local Civil Rule 83.3. of the Local Rules of the Unted States District Courts for the Southern and Eastern Districts of New York provides: "Unless otherwise provided by statute, applications for a writ of habeas corpus made by persons under the judgment and sentence of a court of the State of New York must be filed, heard, and determined in the district court for the district within which they were convicted and sentenced[.]"

Accordingly, this petition is hereby transferred to the United States District Court for the Southern District of New York pursuant to Local Rule 83.3 of this Court. Petitioner's request to proceed IFP is reserved for the transferee court. Rule 83.1 of the Local Rules of the Eastern District of New York, which requires a seven-day delay before transfer, is waived.

The Clerk of Court is directed to mail a copy of this order to Petitioner and note service on the docket.

The Clerk of Court is further directed to transfer this action to the United States District Court for the Southern District of New York.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

_/s/ LDH_________________
LaSHANN DeARCY HALL
United States District Judge

Dated: Brooklyn, New York
September 30, 2026